No. 71–5139. HAM v. SOUTH CAROLINA. Sup. Ct. S. C. [Certiorari granted, 404 U. S. 1057.] Motion of the Attorney General of South Carolina to permit Timothy G. Quinn to present oral argument *pro hac vice* on behalf of respondent granted.

No. 71–6356. DOE ET AL. v. MCMILLAN ET AL. C. A. D. C. Cir. [Certiorari granted, 408 U. S. 922.] Motion to permit two counsel to argue on behalf of respondents granted.

No. 72–11. PALMORE v. UNITED STATES. Appeal from Ct. App. D. C. [Probable jurisdiction postponed, *ante,* p. 840.] Motion of appellant for leave to proceed further herein *in forma pauperis* granted.

No. 72–5214. FLOYD v. HENDERSON, WARDEN;

No. 72–5282. BACA v. HARRIS, WARDEN, ET AL.; and

No. 72–5295. SHELTON v. HENDERSON, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 71–6827. SAMS v. FRANKEL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied.

No. 72–269. LEVITT, COMPTROLLER OF NEW YORK, ET AL. v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.;

No. 72–270. BRYDGES v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL.; and

No. 72–271. CATHEDRAL ACADEMY ET AL. v. COMMITTEE FOR PUBLIC EDUCATION & RELIGIOUS LIBERTY ET AL. Appeals from D. C. S. D. N. Y. Probable jurisdiction noted. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 342 F. Supp. 439.